UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVEYON CAMPBELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES G. COX, *et al.*,<br><br>　　　　　Defendant. | Case No.: 3:15-CV-00194-RCJ-WGC<br><br>**ORDER** |

　　　The Court has considered the Report and Recommendation of United States Magistrate (ECF #43) entered on October 21, 2016, in which the Magistrate Judge recommends the Court grant Defendant Jacob Parr's Motion to Dismiss (ECF No. 17). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

　　　ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #43).

　　　IT IS HEREBY ORDERED that Defendants Jacob Parr's Motion to Dismiss/Motion for Summary Judgment (ECF No. 17) is GRANTED.

　　　IT IS FURTHER ORDERED that Defendants Green, Fletcher, Pinkham and Scott are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m).

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED this 4th day of January, 2017.

_____
ROBERT C. JONES
SENIOR DISTRICT JUDGE

ORDER - 2