UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

DAVEYON CAMPBELL,

          Plaintiff,

v.

JAMES G. COX, *et al.,*

          Defendants.

CASE NO.: 3:15-CV-00194-RCJ-WGC

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 60) entered on May 22, 2017, in which the Magistrate Judge recommends the Court grant Deeds' Motion for Summary Judgment (ECF No. 48).  And, the Report and Recommendation of the United States Magistrate (ECF No. 62) entered on May 22, 2017, in which the Magistrate Judge recommends the Court grant Defendants' Motion for Summary Judgment (ECF No. 53).  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF Nos. 60, 62).

IT IS HEREBY ORDERED that Deeds' Motion for Summary Judgment (ECF No. 48) is GRANTED.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (ECF No. 53) is GRANTED.  The Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 18th day of July, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE